FILE COPY



BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 24, 2020

Brooks Barfield, Jr.
BARFIELD LAW FIRM
P.O. Box 308
Amarillo, TX 79105
* DELIVERED VIA E-MAIL *

Lynsi Brantley
Assistant District Attorney
501 South Fillmore Street, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-18-00327-CR, 07-18-00328-CR, 07-18-00329-CR
Trial Court Case Number: 73,480-E, 73,481-E, 73,482-E

**Style:** Jacob Alan Edgar v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Douglas R. Woodburn (DELIVERED VIA E-MAIL)
Carley Snider (DELIVERED VIA E-MAIL)